# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| SAN MIGUEL PRODUCE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>L.G. HERNDON JR. FARMS, INC., )<br>)<br>Defendant. ) | Case No. CV616-035 |

# O R D E R

The Court having reviewed and considered the petition of Annalise Peters of the law firm of Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of plaintiff San Miguel Produce, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Annalise Peters as counsel of record for plaintiff San Miguel Produce, Inc., in this case.

**SO ORDERED** this  27th  day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA