IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| SAN MIGUEL PRODUCE, INC., | * | |
| Plaintiff, | * | |
| v. | * | CV 616-035 |
| L.G. HERNDON JR. FARMS, INC., | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| L.G. HERNDON JR. FARMS, INC., | * | |
| Plaintiff, | * | |
| v. | * | CV 616-043 |
| SAN MIGUEL PRODUCE, INC., ROY L. NISHIMORI, and JANIS BERK, | * | |
| Defendants. | * | |

**O R D E R**

Currently before the Court are the parties' consent motions to consolidate under Federal Rule of Civil Procedure 42. (Docs. 25, 27.) Because the parties agree that these cases involve the same legal and factual issues, see Fed. R. Civ. P. 42(a), the Court **GRANTS** the parties' motions. The Clerk is instructed to

**CONSOLIDATE** these cases. These cases will proceed under case number 616-035.

**ORDER ENTERED** at Augusta, Georgia this 6th day of December, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA