# EXHIBIT C

# Joan Rosen

jrosen121@gmail.com
Pacific Grove, CA  93950

831-594-5550 (c)
831-649-8160 (o)

## SUMMARY OF QUALIFICATIONS

Thirty+ years experience with expert knowledge in food safety, quality systems, technical services and regulatory management.  Highly effective strategic leadership and organizational development skills.  Experienced in domestic and international business climates.

## WORK HISTORY

**JC Rosen Resources, Pacific Grove, CA**                                                        2012 – Present

Fresh produce and food industry consulting services providing leadership in quality and food safety systems, postharvest technology, regulatory affairs, business development and issue management.  Partner with clients throughout the supply chain to identify and prioritize opportunities, resolve issues and drive continuous improvement.

| | |
|---|---|
| **Chiquita Brands International/Fresh Express Incorporated, Salinas, CA** | **1990 – 2012** |
| Global Director of Food Safety and Quality | 2011 - 2012 |
| Global Director of Food Safety | 2007 - 2011 |
| Director of National Food Safety & Regulatory Affairs | 1997 - 2007 |
| Director of National Quality and Technical Services | 1993 - 1997 |
| Technical Services Manager | 1990 - 1993 |

Increasing responsibilities in key management leadership positions during rapid growth of company.  Global role ensuring consistent policies and standards world-wide, including compliance with customer, brand and regulatory standards throughout the supply chain.

- Corporate Leadership Team member, responsible for $30MM budget, 7 direct reports (global) and 300 employees at 6 processing facilities.  International assignment at European headquarters included establishment of quality system, joint venture standardization and implementation of crisis & issue management program for European division.  Developed strategy and led implementation of quality and food safety system for joint venture in China. Aligned policies with Tropics team.  Responsible for domestic and international regulatory affairs.   Represented company in customers' global food safety and quality councils.

- Provided strategy and had oversight of team responsible for implementation of a globally recognized Food Safety Certification, FSSC 22000 in North America plants.  Led cross-functional team to drive customer rejections down by 70% in 6 months.  Directed transition of quality staff duties with resulting $2.5 MM cost reduction.  Standardized HACCP programs across three companies after business acquisitions.

- Developed teams and strategy for quality systems building from a single operation to an international business during rapid growth of fresh-cut packaged salad, fruit and vegetable industry.  Led design of streamlined approval and management process for global suppliers, licensees and co-packers - included numerous categories of consumer-packaged goods such as cheese, baked condiments, dressings and sauces, smoothies, juices and cooked meats.  Led standardization of food safety criteria and audit standards for global procurement of ingredients.

- Developed personnel and led team's accomplishments to be recognized by external stakeholders.  Led development of corporate quality and food safety metrics and KPIs for company-owned facilities, co-manufacturers, joint venture partners, licensees and suppliers including customer/consumer reporting systems.  Implemented educational programs on key technical and product quality attributes for suppliers, customers, associates, management and sales organization.

Joan Rosen

| Campbell Soup Company, Vegetable Research Department, Camden, NJ | 1987 - 1990 |
|---|---|
| Senior Research Associate | 1989 – 1990 |
| Research Associate | 1988 - 1989 |
| Senior Research Assistant | 1987 - 1988 |

Postharvest research, technical support and quality role for branded produce category in Campbell's Fresh division. Enhanced whole and cut fresh produce shelf life and quality through improvements in varieties, postharvest handling, cold chain management and modified atmosphere technology.

| Florasynth, Inc., New York, NY | 1982 - 1985 |
|---|---|
| Food Technologist, Flavor Applications | 1983 – 1985 |
| Flavor Chemist Trainee, Flavor Development | 1982 - 1983 |

## EDUCATION

Master of Science, Food Science & Postharvest Physiology, University of California - Davis, Advisor – Dr. Adel Kader

Bachelor of Science, Food Science, Cornell University

## AWARDS AND PUBLICATIONS

- Co-author for Gombas et al., 2017, Guidelines to Validate Control of Cross-Contamination During Washing of Fresh-Cut Leafy Vegetables, J. Food Prot. Vol. 80, No. 2
- Food Safety Magazine, April/May 2013. A Disciplined and Unique Focus by Chiquita Brands Reduces Early Supply Chain Risk
- Black Pearl award, Chiquita Brands International
- International Fresh-Cut Produce Association Technical Award
- Rosen, J.C. and Kader, A.A. (1989), Postharvest physiology and quality maintenance of sliced pear and strawberry fruits. J. Food Science, 54 (3): 656 - 659.

## CERTIFICATION AND TRAINING

- FSMA Preventive Controls Qualified Individual Lead Trainer, FSMA Produce Rule Trainer, Certified ASQ HACCP Auditor
- Process improvement and leadership: Continuous Improvement 1, 2, 3 method, DOE, Conway and SPC training, Creative Problem Solving, Zenger Miller Leadership 2000 skills
- Quality and Food Safety: FDA On-Farm Safety and Traceback, HACCP training, Microbial Risk Assessment, Mock Crisis workshops

## ACTIVITIES

- Center for Produce Safety, Produce Marketing Association and United Fresh Produce Association – Technical Committees
- Grocery Manufacturers Association – Co-chair, Food Safety Modernization Act Working Group
- Contributor and editor of industry-wide Melon and Lettuce/Leafy Greens Commodity Guidances
- Institute of Food Technologists – FDA-sponsored expert panel on Whole and Fresh-Cut Produce
- International Fresh-cut Produce Association - Technical Committee: Contributing author and editor of technical publications, Team leader and Editor-in-Chief for Allergen Management Manual
- Food Products Association – Chairperson of Cut and Packaged Fresh Produce Committee, Refrigerated Foods Labeling Task Force member and co-author of publication on fresh-cut produce

## PRESENTATIONS

- Global Food Safety Initiative: Reducing Risk Early in the Supply Chain
- UC Davis, Fresh-Cut Produce Course Instructor: Fresh-Cut Product Quality
- European Fresh-Cut Short Course, Almeria, Spain: Food Safety and Quality
- University of Foggia, Italy: Researchers meet Industry
- GMA/FPA: Industry Perspective - Produce Food Safety
- PackExpo: Sanitary Design Principles for Fresh-Cut Produce

Joan Rosen

- ◆ IFT: Building a food safety system and Keeping fresh-cut produce safe
- ◆ USDA: Value-added produce for tropical island economies: Fresh-cut fruits and vegetables

## PUBLICATIONS
- ◆ D. Gombas, Y. Luo, J. Brennan, G. Shergill, R. Petran, R. Walsh, H. Hau, K. Khurana, B. Zomorodi, J. Rosen, R. Varley, and K. Deng. 2017, *Guidelines to Validate Control of Cross-Contamination During Washing of Fresh-Cut Leafy Vegetables*, J. Food Prot. Vol. 80, No. 2, *available at* http://jfoodprotection.org/doi/pdf/10.4315/0362-028X.JFP-16-258?code=fopr-site.
- ◆ Rosen, J.C., *A Disciplined and Unique Focus by Chiquita Brands Reduces Early Supply Chain Risk*, Food Safety Magazine, April/May 2013.
- ◆ Rosen, J.C. and Kader, A.A., *Postharvest physiology and quality maintenance of sliced pear and strawberry fruits*, J. Food Science, 54 (3): 656-59 (1989).

Joan Rosen

Contact:  Joan Rosen, jrosen121@gmail.com
+1 831-649-8160 (o), +1 831-594-5550 (c)
Skype:  joan.rosen135

## Consulting Services

- ❖ Food Safety/Quality System Reviews and Assessments
  - o Complete Supply Chain (Field Level through Production/Distribution and End-User)
  - o Evaluation of Current Practices/Prioritized Recommendations
  - o Supplier Management Programs
  - o Preventive Controls/HACCP/GMP/GAP
  - o Organizational Design and Development

- ❖ Foodborne Pathogen Control
  - o Reviews and Assessments
  - o Trouble Shooting
  - o Issue Resolution

- ❖ Regulatory Affairs
  - o Updates and Reviews, including FSMA
  - o Compliance

- ❖ Food Safety and Quality Projects
  - o Project Management
  - o Resource and Specialist
  - o Subject Matter Expert

- ❖ Training and Educational Workshops and Webinars

- ❖ Postharvest Technology
  - o Reviews and Assessments
  - o Project Management

- ❖ Cold Chain Management

- ❖ Traceability and Recall/Issue Management

- ❖ Technical Marketing Collateral Development

- ❖ Other Services Customized to Client Needs