# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATEBORO DIVISION

| | |
|---|---|
| San Miguel Produce, Inc. § § Plaintiff, § v. § § L.G. Herndon Jr. Farms, Inc., § § Defendant. § | CONSOLIDATED CASE NO. 6:16-cv-00035-JRH-GRS |
| L.G. Herndon Jr. Farms, Inc., § § Plaintiff, § v. § § San Miguel Produce, Inc., Roy I. § Nishimori, and Janis Berk, § § Defendants. § | |

## AFFIDAVIT OF ZINNIA ALVAREZ

Zinnia Alvarez after first being duly sworn, states as follows:

"My name is Zinnia Alvarez, I am over 18 years of age and I have never been convicted of a crime. Since 2014, I have been the Food Safety representative for L.G. Herndon, Jr. Farms, Inc. ("Herndon"). During the period 2014 to 2016, I was the contact with San Miguel Produce on behalf of Herndon for all food safety issues. The statements herein are within my knowledge and true and correct.

Attached hereto as Exhibit 1 is a true and correct copy of a food safety audit conducted of Herndon by Primus Labs. The audit reflects that Herndon received a 100 on its food safety audit after taking corrective action.

Further affiant sayeth not."

*Zinnia Alvarez*
Zinnia Alvarez

State of Georgia, Toombs County

Subscribed and sworn to before me on
this 22 day of January, 2018 by
Zinnia Alvarez, personally known to me
or proved to me on the basis of satisfactory
evidence to be the person who appeared
before me.

*Maghen M. Mitchell*
Notary Public
My Commission Expires: 4/15/18

2

# EXHIBIT 1

Revision 1

 

Ver en Español

| Operation: Ranch<br>**Final Report (Certified)**<br>Audit Report Summary | CB Registration No. PA-PGFS-7257-10<br>PrimusGFS ID #82956 – Cert:2<br>Audited by Primus Auditing Operations | PrimusGFS<br>Version 2.1 |
|---|---|---|

| | |
|---|---|
| Organization: | LG Herndon Jr. Farms |
| | Contact(s):  Zinnia Alvarez |
| | Address:  1188 Lawson Road |
| | Location:  Lyons, Georgia 30436, United States |
| | Phone:  912-565-7640 |
| Ranch: | Clifton |
| | Contact:  Zinnia Alvarez |
| | Location:  1188 Lawson Rd Lyons, Georgia 30436, United States |
| Shipper: | LG Herndon Jr Farms, Inc. |
| Operation Type: | Ranch |
| Audit Scope: | The PrimusGFS version 2.1 included a ranch audit. The Clifton Field was the audited area, and the commodity observed was leafy greens being planted and harvested for the 2015 growing season. The observed area was 170 acres of leafy greens. The water is supplied by an large electric 12 inch deep well with pivot style overhead watering system. Portable toilets and handwashing stations were used by this farm. |
| Date FSMS Started: | 04 Nov 2015 12:00 |
| Date FSMS Finished: | 04 Nov 2015 15:00 |
| Date Operation Started: | 04 Nov 2015 08:00 |
| Date Operation Finished: | 04 Nov 2015 09:00 |
| Product(s) Observed During Audit: | Kale, Mustard Greens, Turnips, Collard Greens |
| Similar Product(s) Not Observed: | None Specified |
| Product(s) Applied for but Not Observed: | None Specified |
| Auditor: | Tony Sapp (Primus Auditing Operations) |
| Audit Percentage Score: | 95% |
| Score after acceptance of corrective actions: | 100%    Click here to see Corrective Action Activity |
| GPS Coordinates: | Latitude:         Longitude: |
| | 31° 58' 34"       82° 17' 28" |
| Certificate Link: | View Certificate |

| Audit Scoring Summary | Pre-Corrective Action Review | | Post-Corrective Action Review | |
|---|---|---|---|---|
| Food Safety Management System Requirements | Score:<br>Possible Points:<br>Percent Score: | 209<br>209<br>100% | Score:<br>Possible Points:<br>Percent Score: | 209<br>209<br>100% |
| Good Agricultural Practices Requirements | Score:<br>Possible Points:<br>Percent Score: | 678<br>723<br>93% | Score:<br>Possible Points:<br>Percent Score: | 723<br>723<br>100% |
| Total: | Score:<br>Possible Points:<br>Percent Score: | 887<br>932<br>95% | Score:<br>Possible Points:<br>Percent Score: | 932<br>932<br>100% |



DEFENDANT'S EXHIBIT 4  J. Rosen

| Non-Conformance Summary By Count | Pre-Corrective Action Non-Conformances | Post-Corrective Action Non-Conformances (NC's without completed CA's) |
|---|---|---|
| Food Safety Management System Requirements | 0 | 0 |
| Good Agricultural Practices Requirements | 4 | 0 |
| Total: | 4 | 1 |

### Sections:

**Food Safety Management System Requirements**
Management System
Control of Documents and Records
Procedures and Corrective Actions
Internal and external inspections
Rejection and release of product
Supplier Control
Traceability and Recall
Food Defense

**Good Agricultural Practices Requirements**
General GAP
Site Identification
Ground History
Adjacent land use
Fertilizer/Crop Nutrition
Irrigation/Water Use
Crop Protection
Field Employee Hygiene (Applies to on-the-farm or greenhouse workers not the harvesting workers)

### FSMS – Management System

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 1.01.01 | Is there a Food Safety Manual or other documented food safety management system covering the scope of business included in this audit and procedures/instructions for all food safety processes? | Total Compliance | 5 | 5 | Yes, there are documents for food safety management covering the scope of this operation. The Food safety manual covers the ranch (GAP) for this farm. | |
| 1.01.02 | Is there a documented food safety policy detailing the company's commitment to food safety? | Total Compliance | 5 | 5 | Yes, the company's food safety policy focuses on their commitment to food safety. Food Safety Commitment, LG Herndon Farms | |
| 1.01.03 | Is there an organizational chart of all employees who have food safety related activities? | Total Compliance | 3 | 3 | Yes, there is an organization chart for all employees related to food safety. The chart lists employees from top management down to food Harvest employees. Dated 9-8-15 | |
| 1.01.04 | Is there a food safety committee and are there logs of food safety meetings with topics covered and attendees? | Total Compliance | 5 | 5 | Yes, the company had food safety committees documented, and had supporting logs with meetings/ topics covered. SOP Food Safety and HACCP team: most recent meeting date 9-16-15 | |
| 1.01.05 | Is there documented management verification of the entire food safety management system at least every 12 months? | Total Compliance | 5 | 5 | Yes, the Verification Sign in sheet dated 1-16-15, the company had documentation detailing that the food safety committee meets at minimum annually during the growing season. These meetings targeted management verification for all aspects of their food safety management system. | |
| 1.01.06 | Is there a documented analysis detailing resources required to implement and improve the food safety management system processes with documented commitment from management to provide these resources? | Total Compliance | 5 | 5 | Yes, Document Control 1.01.06 dated 4-16-15 that describes management's commitment to improving the food safety management system. This form outlined the resources needed to implement and improve the FSMS from equipment to food safety trainings. | |

### FSMS – Control of Documents and Records

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 1.02.01 | Is there a written document control procedure describing how documents will be maintained, updated and replaced? | Total Compliance | 3 | 3 | Yes, SOP: Record Requirements, revised 2-10-14, describes the entire document control process for the company. | |
| 1.02.02 | Are all records stored for a minimum period of 12 months or for at least the shelf life of product if greater than a year? | Total Compliance | 5 | 5 | Yes, the company's policy is to keep records for 12 plus months. However most documents are kept far longer than minimum required time. | |
| 1.02.03 | Are food safety related documents and records stored and handled in a secured manner? | Total Compliance | 3 | 3 | Yes, the food safety documents are kept in a binder and stored in a locked office. Employees only have access to the secured documents. No | |

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 1.02.04 | Are the records maintained in an organized and retrievable manner? | Total Compliance | 3 | 3 | white out, pencil, or corrective fluid/tape was noted on any of the company's documents. Yes, the records are kept in organized binders on shelves in the office or filing cabinets. | |

### FSMS – Procedures and Corrective Actions

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 1.03.01 | Are there documented instructions for the creation of Standard Operating Procedures? | Total Compliance | 5 | 5 | Yes. Document 1.03.01 Procedure for Creating New Procedures dated 2/3/15 describes how to create a SOP. | |
| 1.03.02 | Are the written procedures available to relevant users and is a master copy maintained in a central file? | Total Compliance | 5 | 5 | Yes. All standard operating procedures for food safety management processes are available to relevant users in the food safety manuel. The master copy is maintained in the food safety manager's office, and can be accessed as needed by employees. | |
| 1.03.03 | Is there a corrective action procedure that describes the requirements for handling deficiencies affecting food safety and prevention of future occurrences? | Total Compliance | 5 | 5 | Yes, SOP Corrective Action dated 2-10-14 describes handling deficiencies/non-conformances. This document describes the proper handling of deficiencies of food safety. The document describes an investigation and follow up process to prevent future deficiencies related to food safety. | |
| 1.03.04 | Is there a daily incidents report, sometimes called a Notice(s) of Unusual Occurrence and Corrective Actions Log (NUOCA) ? | Total Compliance | 5 | 5 | Yes, the company has a NUOCA log. The log easily retrievable to update as needed. The log not only documents the unusual occurrence, but also includes any corrective action needed for the occurrence. All Unusual Ocuurences were logged, and had excellent corrective actions! | |

### FSMS – Internal and external inspections

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 1.04.01 | Is there documented program for internal audits to be performed at the operations, covering all processes impacting food safety and the related documents and records? | Total Compliance | 3 | 3 | Yes, Self Inspection Summary for Ranch and Harvest Crews dated 10-30-15. This document covers the dates and frequencies the company administers internal audits, as well as the required frequency of internal audits. | |
| 1.04.02 | Are there written procedures for handling regulatory inspections? | Total Compliance | 3 | 3 | Yes, SOP: Regulatory Inspections dated Feb. 12, 2014. The procedures have been properly administrated to all employees involved with regulatory inspections. | |
| 1.04.03 | Are there records of regulatory inspections and/or contracted inspections, company responses and corrective actions, if any? | Total Compliance | 5 | 5 | Yes, Dept of Agriculture inspections for spray records have are on file. No corrective actions needed. | |
| 1.04.04 | Are there documented calibration procedures for measuring and monitoring devices used in the operations that are related to the safety of the product? | Total Compliance | 10 | 10 | Yes. SOP: Calibrating Sprayer. On this farm, sprayers are the measuring and monitoring devices used. All of the above devices have documented calibration procedures in place. The company has completed records that are in compliance with their required frequencies. | |

### FSMS – Rejection and release of product

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 1.05.01 | Is there a written procedure for handling on hold or rejected products? | Total Compliance | 5 | 5 | Yes, On Hold and Rejected Product dated Feb. 10, 2014 describes process for handling on hold/rejected products. For on site affected product, the company marks the affected product, and the SOP describes who has the authority to make the decisions regarding the affected product. A bar code system, with julian date, is available to track any off site affected/rejected product. | |
| 1.05.02 | Are there records of the handling of on hold or rejected products kept on file? | Total Compliance | 5 | 5 | Yes, record logs are available, but no product was ever on hold or rejected. | |
| 1.05.03 | Is there a documented product release procedure available? | Total Compliance | 5 | 5 | Yes, On Hold and Rejected Product dated Feb. 10, 2014 describes the product release procedure. | |
| 1.05.04 | Are there records of product releases kept on file? | Total Compliance | 5 | 5 | NA. There were no product releases for this farm (no product ever placed on hold). | |

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments |
|---|---|---|---|---|---|
| 1.05.05 | Is there a documented system for dealing with customer and buyer food safety complaints/feedback along with records and company responses, including corrective actions? | Total Compliance | 10 | 10 | Yes, SOP: Customer Complaints dated 2-10-14 describes the system for dealing with customer and buyer food safety complaints. Any complaints for either party is documented and corrective actions attached for each complaint, if needed. |

### FSMS – Supplier Control

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 1.06.01 | Are there current written food safety related specifications for all raw products, ingredients, materials and services purchased? | Total Compliance | 5 | 5 | Yes, Technical Specifications Issued 4-18-14 has specifications of any materials or services used on this farm. | |
| 1.06.02 | Is there a written procedure detailing how suppliers are evaluated, approved and monitored? | Total Compliance | 5 | 5 | Yes, SOP: Supplier Approval and Monitoring, dated 2-10-14. The suppliers list is reviewed and approved annually by the food safety manager and the owners of the company. | |
| 1.06.03 | Is there a list of approved suppliers? | Total Compliance | 5 | 5 | Yes, Vendors List dated 4-17-15. Also, the food safety manual details any other suppliers, outsourced or internal supplies. | |
| 1.06.04 | Does the organization have documented evidence to ensure that all products, ingredients or materials and services suppliers comply with the approval requirements and that they are being monitored as defined in the procedure? | Total Compliance | 15 | 15 | Yes, the company has a SOP Vendor Verification Program, 1.06.05 dated 12-19-14 for products/ingredients/ or materials used by this company are approved for agricultural or food use related to farming practices and harvesting of the target commodity. | |
| 1.06.05 | If the organization is outsourcing any processes that may affect food safety, are there control procedures over such processes? | Total Compliance | 15 | 15 | Yes. RPC's from IFCO has sanitary procedures all RPC's supplied to the farm. | |
| 1.06.06 | If tests and/or analysis within scope to food safety are performed by external laboratories, are they licensed/accredited (e.g. ISO 17025 or equivalent, National Regulations, State Department, etc.)? | Total Compliance | 5 | 5 | Yes, the company uses Waters Lab in Camilla, GA for water testing. The test performed is a bacteriological analysis on irrigation water wells. The lab is ISO/IEC 17025 certified with certification expiring on Aug. 1, 2016. | |

### FSMS – Traceability and Recall

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 1.07.01 | Is there is a document that indicates how the company product tracking system works, thereby enabling trace back and trace forward to occur in the event of a potential recall issue? | Total Compliance | 10 | 10 | Yes, SOP: Recall and Traceability P.1-5 dated 2-11-15. This tracking document describes the entire traceability and recall of the product from the time the product is harvested to the end point delivery/sale of the product. The company uses a bar code system on each box of product/pallet to ensure exact traceback abilities for the product from date harvested to the farm the product was harvested. | |
| 1.07.02 | Does the organization have a documented recall program including procedures, recall team roles and contact details, external contact listings and explanation of different recall classes? | Total Compliance | 15 | 15 | Yes, on the SOP: Recall and Traceability P.1-5 dated 2-11-15 lists the current recall program. The document details procedures, the recall team, contact listings and how recall classes are organized. | |
| 1.07.03 | Is testing of recall procedures (including trace back) performed and documented at least every six months? Can the company identify where affected product was sent? | Total Compliance | 10 | 10 | Yes. A mock recall was performed on 10-26-15. The Bar code system has date and farm location of the commodity that was harvested. | |

### FSMS – Food Defense

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 1.08.01 | Does the company have a documented food defense policy based on the risks associated with the operation? | Total Compliance | 5 | 5 | Yes. The company uses sign in forms and locks where needed. The Food Defense Plan Doc.#1.08.01 dated 11-30-14 details this food defense policy. | |
| 1.08.02 | Is there a current list of emergency contact phone numbers for management, law enforcement and appropriate regulatory agencies? | Total Compliance | 3 | 3 | Yes, the company has a list of emergency phone numbers, law enforcement and appropriate regulatory agencies. This list is posted at the facility and in the food safety manual. | |
| 1.08.03 | Are visitors to the company operations required to adhere to food defense policies? | Total Compliance | 3 | 3 | Yes. All food defense policies are documented. Visitors are to sign in prior to entry to the company. Also, visitors are escorted or monitored by a member of the management team. | |

### GAP – General GAP

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 2.01.01 | Is there a designated person responsible for the food safety program in the field? | Yes | 10 | 10 | Yes, the company has Zinnia Alvarez designated as the food safety manager. | |
| 2.01.02 | Is there documented evidence of the internal audits performed to the audited operations, detailing findings and corrective actions? | Yes | 10 | 10 | Yes, the company performs internal audits and risk assessments for this growing area. Corrective actions were documented as needed. Self Inspections Summary for Harvest Crews and Ranches, Updated 10-30-15 | |
| 2.01.03 | Are the necessary food security controls implemented in the operation? | Yes | 5 | 5 | Yes, the company requires sign in/escort for vistors at the main office in permitted to the growing area. Also, the owners makes regular observations/patrols to the growing area to make sure all food security controls are being followed. Fields are locked and posted. Any findings are documented in the internal audits/risk assessments for the growing area. | |

### GAP – Site Identification

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 2.02.01 | Is the growing area(s) adequately identified or coded to enable trace back and trace forward in the event of a recall? | Yes | 15 | 15 | Yes, the company marks each field with a code for trace back of product. See Module 1 notes for SOP's and documentation. The growing area/ranch is included in the bar code system to trace product back to this field. | |

### GAP – Ground History

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 2.03.01 | Were farming area(s) used for growing food crops for human consumption last season? | Yes | 0 | 0 | Yes, all growing areas were used for growing food crops for human consumption last season. | |
| 2.03.02 | Has the growing area(s) been used for any non-agricultural functions? If No, go to 2.03.03 | No | 7 | 7 | No, the growing area is for agricultural use only. | |
| 2.03.02a | If the land had been used previously for non-agricultural functions have soil tests been conducted showing soil was negative or within an appropriate regulatory agency's approved limits for contaminants? | N/A | 0 | 0 | | |
| 2.03.03 | Has the growing area(s) been used for animal husbandry or grazing land for animals? If No, go to 2.03.04 | No | 7 | 7 | No, the growing area is for agricultural use only. | |
| 2.03.03a | If the land was used previously for animal husbandry or grazing land for livestock, has a risk evaluation been performed? | N/A | 0 | 0 | | |
| 2.03.04 | Is there evidence of animal presence and/or animal activity in the audited area? If answer is NO, go to Q 2.03.05. | Yes | 0 | 15 | Yes. Deer tracks present around the growing area. | |
| 2.03.04a | Is the evidence of animal presence and/or animal activity found, in the form of fecal contamination? If answer is NO, go to Q 2.03.05. | No | 20 | 20 | No. | |
| 2.03.04b | Is the fecal matter found in the audited area, a systematic event (not sporadic)? A 'YES' ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | N/A | 0 | 0 | | |
| 2.03.05 | Has flooding from uncontrolled causes occurred on the growing area(s) since the previous growing season? If No, go to 2.03.06 | No | 0 | 0 | No flooding from uncontrolled causes occurred on the growing area. There did not appear to be a creek/river close enough to cause an issue with flooding. | |
| 2.03.05a | If the growing area(s) and product was affected from the flood waters, is there documented evidence that corrective measures were taken to affected land and product? | N/A | 0 | 0 | | |
| 2.03.05b | Have soil tests been conducted on the flooded area(s) showing soil was negative or within an appropriate regulatory agency's approved limits for contaminants? | N/A | 0 | 0 | | |
| 2.03.06 | Is the growing operation under organic principals? If No, go to 2.3.07 | Yes | 0 | 0 | No. The growing area is supplied by inorganic fertilizers only. No organic principles are needed. | |
| 2.03.06a | Is current certification by an accredited organic certification organization on file and available for review? | N/A | 0 | 0 | NA | |
| 2.03.07 | Has a documented risk assessment been undertaken for the growing area with appropriate corrective actions to minimize identified hazards where necessary? | No | 0 | 10 | No. The adjacent field of pecan trees has no risk assessment for chemical/spray drift to the growing area. | |

### GAP – Adjacent land use

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 2.04.01 | Is the adjacent land to the growing area a possible source of contamination from intensive livestock production (e.g. feed lots, dairy operations, poultry houses, meat rendering operation)? If No, go to 2.04.02 | No | 10 | 10 | No. The adjacent land is not a source of contamination from livestock production. The adjacent land hasHwy 147 running through middle of the farm with wooded area all the way around the growing area. | |
| 2.04.01a | Have appropriate measures been taken to mitigate this possible contamination source onto the growing area (e.g. buffer areas, physical barriers, foundation, fences, ditches, etc.)? | N/A | 0 | 0 | | |
| 2.04.02 | Are, or is there evidence of domestic animals, wild animals, grazing lands (includes homes with hobby farms, and non commercial livestock) in proximity to growing operation? If No, go to 2.04.03. | No | 10 | 10 | No. | |
| 2.04.02a | Have physical measures been put in place to restrain domestic animals, grazing lands, (includes homes with hobby farms, and non commercial livestock) and their waste from entering the growing area (e.g. vegetative strips, wind breaks, physical barriers, berms, fences, diversion ditches.)? | N/A | 0 | 0 | | |
| 2.04.02b | Is there a written policy supported by visual evidence that domestic, livestock, or wild animals are not allowed in the growing area? Note: This includes any packaging or equipment storage areas. | N/A | 0 | 0 | | |
| 2.04.02c | Are measures in place to reduce or limit the animal intrusion (i.e., monitoring field perimeter for signs of intrusion)? | N/A | 0 | 0 | | |
| 2.04.03 | Are untreated animal manure piles, compost, biosolids, or nonsynthetic amendment stored and/or applied on adjacent land? If No, go to 2.04.04 | No | 10 | 10 | No, none of the above mentioned amendments are used by farm. | |
| 2.04.03a | Have physical measures been taken to secure untreated animal manure piles, compost, biosolids, or nonsynthetic amendment stored and/or applied on adjacent land? | N/A | 0 | 0 | | |
| 2.04.03b | If biosolids are stored and/or applied on adjacent land, has the adjacent landowner supplied paperwork confirming the biosolids meet prevailing guidelines, governmental, or local standards? | N/A | 0 | 0 | | |
| 2.04.04 | Is the growing area situated in a higher risk location where contamination could occur from nearby operations or functions (e.g. leach fields, runoff or potential flooding from sewers, toilet systems, industrial facilities, labor camps)? If No, go to 2.04.05. | No | 10 | 10 | No. The growing area is free of the above listed risk factors | |
| 2.04.04a | Have appropriate measures been taken to mitigate risks related to nearby operations? | N/A | 0 | 0 | | |
| 2.04.05 | Is there evidence of human fecal matter in the adjacent land to the audited area? If NO, go to 2.05.01 (Greenhouse Audit) or 2.07.01 (Ranch Audit) | No | 15 | 15 | No human fecal matter in the adjacent land. | |
| 2.04.05a | Does the human fecal matter found in the adjacent area, represents a high risk to the crop for potential of contamination due to conditions as: lack of access controls (barriers), closeness to the growing area and equipment, crop type and maturity, land condition, and others? | N/A | 0 | 0 | | |

## GAP – Fertilizer/Crop Nutrition

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 2.07.01 | Is untreated human sewage sludge used in the growing cycle? A 'YES' ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | No | 20 | 20 | No human sludge used by farm | |
| 2.07.02 | Is compost produced from animal derived materials used by the grower? If No, go to 2.07.03 | No | 0 | 0 | No animal compost used. | |
| 2.07.02a | Are compost applications incorporated into the soil prior to planting or bud burst for tree crops and not applied during the growing season? | N/A | 0 | 0 | | |
| 2.07.02b | Are there compost use records available for each growing area, including application records which shows that the interval between application and harvest was not less than 45 days (unless validation studies prove a shorter interval is acceptable)? | N/A | 0 | 0 | | |
| 2.07.02c | Are there Certificate(s) of Analysis (CoA) from the compost supplier(s) that covers pathogen testing (plus any other legally/best practice required testing) and does the grower have relevant letters of guarantee regarding SOP's and logs? | N/A | 0 | 0 | | |
| 2.07.02d | Are there Certificate(s) of Analysis (COA), letters of guarantee or some other documents from the compost supplier(s) that covers heavy metal testing? | N/A | 0 | 0 | | |
| 2.07.03 | Are biosolids used? If No, go to 2.07.04. NOTE: Special attention to commodity specific guidelines rules (e.g., Californian Leafy Greens) which ban the use of biosolids, see 2.07.03d | No | 0 | 0 | No biosolids used. | |
| 2.07.03a | Are biosolids incorporated into the soil prior to planting or bud burst for tree crops and not applied during the growing season? | N/A | 0 | 0 | | |
| 2.07.03b | Are the grower's biosolids use records available for each growing area, especially application records? | N/A | 0 | 0 | | |
| 2.07.03c | Is there a Certificate(s) of Analysis (COA) from the biosolid supplier(s) certifying compliance with prevailing national/ local standards and guidelines (microbiological analysis)? A 'NO' | N/A | 0 | 0 | | |

| # | Question | | | | |
|---|---|---|---|---|---|
| | ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | | | | |
| 2.07.03d | Are there Certificate(s) of Analysis (COA), letters of guarantee or some other documents from the biosolid supplier(s) certifying compliance with prevailing national/ local standards and guidelines (heavy metal test analysis)? | N/A | 0 | 0 | |
| 2.07.03e | Are biosolids being applied to crops where the country of production regulations/guidelines ban the use such materials e.g. Leafy Green Commodity Specific Guidelines in California? A 'YES' ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | N/A | 0 | 0 | |
| 2.07.04 | Is untreated animal manure used? If No, go to 2.07.05. NOTE: Special attention to commodity specific guidelines rules (e.g., Californian Leafy Green Commodity Specific Guidelines) which ban the use of untreated animal manures. See 2.07.04d | No | 15 | 15 | No animal manure used by farm. |
| 2.07.04a | Is untreated animal manure incorporated into the soil prior to planting or bud burst for tree crops and not applied during the growing season? | N/A | 0 | 0 | |
| 2.07.04b | Are there untreated animal manure records available for each growing area including application records which shows that the interval between application and harvest was not less than 120 days (unless more stringent laws or guidelines exist)? | N/A | 0 | 0 | |
| 2.07.04c | Are there Certificate(s) of Analysis (COA), specification or some other document available for review provided by the untreated animal manure supplier stating the components of the material? | N/A | 0 | 0 | |
| 2.07.04d | Are untreated animal manures being used where the country regulations/guidelines ban the use such materials (e.g., Californian Leafy Green Commodity Specific Guidelines)? A 'YES' ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | N/A | 0 | 0 | |
| 2.07.05 | Are other nonsynthetic crop treatments used (e.g. compost teas, fish emulsions, fish meal, blood meal,"bio fertilizers")? If No, go to 2.07.06 | No | 0 | 0 | No other nonsynthetic crop treatments used by farm. |
| 2.07.05a | Are nonsynthetic treatments that contain animal products or animal manures applied to the edible portions crops? | N/A | 0 | 0 | |
| 2.07.05b | Are nonsynthetic crop treatment records available for each growing area including application records demonstrating the interval between application and harvest was not less than 45 days (unless validation studies prove a shorter interval is acceptable)? | N/A | 0 | 0 | |
| 2.07.05c | Are there Certificate(s) of Analysis available from the nonsynthetic crop treatment suppliers that covers pathogen testing (plus any other legally/best practice required testing)? | N/A | 0 | 0 | |
| 2.07.05d | Are there Certificate(s) of Analysis (COA), letters of guarantee or some other documents from the nonsynthetic crop treatment suppliers that covers heavy metal testing? | N/A | 0 | 0 | |
| 2.07.06 | Are any soil or substrate amendments (except inorganic nutrients/fertilizers) used that do not contain animal products and/or animal manures? If No, go to 2.07.07 | No | 0 | 0 | No. Only inorganic fertilizers used. |
| 2.07.06a | Are the grower's soil or substrate amendment (except inorganic nutrients/fertilizers that do not contain animal products and/or animal manures) records available for review including application records? | N/A | 0 | 0 | |
| 2.07.06b | Are there Certificate(s) of Analysis (COA) and/or letters of guarantee stating that the materials used are free from animal products and/or animal manures? | N/A | 0 | 0 | |
| 2.07.07 | Are inorganic fertilizers used? If No, go to 2.07.08 | Yes | 0 | 0 | Yes. |
| 2.07.07a | Are the grower's inorganic fertilizer records available for review including application records? | Yes | 10 | 10 | Farm has lbs/acre and total acres for 2015 of fertilizers used on file. All of the application dates were noted on fertilizer log. |
| 2.07.07b | Are there Certificate(s) of Analysis (COA), letters of guarantee or some other documents from the inorganic fertilizer supplier(s) that specifies the all the ingredients including inert materials? | Yes | 7 | 7 | Yes, Sanders, dated 10-28-15 had a letter of guarantee and guaranteed analysis for their fertilizers. The letters were dated for this 2015 calendar year. |
| 2.07.08 | If fertilizers and/or fertilizer containers are stored on the property, are they stored in a manner to prevent contamination to the growing area(s), product or any of water sources? | N/A | 0 | 0 | N/A. There was no fertilizers stored on the growing area at the time of the audit. |

**GAP – Irrigation/Water Use**

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 2.08.01 | Does the growing operation practice dryland farming? If No, go to 2.08.02. | No | 0 | 0 | No. | |
| 2.08.01a | If the growing operation practices dryland farming, are there water systems used in the growing operation to supply for crop needs such as crop protection/fertilizer applications, and frost or freeze prevention program? If No, go to 2.08.02 | N/A | 0 | 0 | | |
| 2.08.01b | Are microbiological tests, including generic E.coli conducted on the water? If No, go to 2.08.01d | N/A | 0 | 0 | | |
| 2.08.01c | Are the microbiological tests current and conducted at the required and/or expected frequencies? | N/A | 0 | 0 | | |
| 2.08.01d | Do written procedures (SOPs) exist covering proper sampling protocols which include where samples should be taken and how samples should be identified? | N/A | 0 | 0 | | |
| 2.08.01e | Do written procedures (SOPs) exist covering corrective measures for unsuitable or abnormal water testing results? | N/A | 0 | 0 | | |
| 2.08.01f | If unsuitable or abnormal results have been detected, have documented corrective measures been performed? | N/A | 0 | 0 | | |
| 2.08.02 | Is the water used for the growing operation sourced from Municipal or District water pipeline systems? If No, go to 2.08.03 | No | 0 | 0 | No. | |
| 2.08.02a | Are microbiological tests, including generic E.coli conducted on the water? If No, go to 2.08.02c. | N/A | 0 | 0 | | |
| 2.08.02b | Are the microbiological tests current and conducted at the required and/or expected frequencies? | N/A | 0 | 0 | | |
| 2.08.02c | Do written procedures (SOPs) exist covering proper sampling protocols which include where samples should be taken and how samples should be identified? | N/A | 0 | 0 | | |
| 2.08.02d | Do written procedures (SOPs) exist covering corrective measures for unsuitable or abnormal water testing results? | N/A | 0 | 0 | | |
| 2.08.02e | If unsuitable or abnormal results have been detected, have documented corrective measures been performed? | N/A | 0 | 0 | | |
| 2.08.02f | Are the crops irrigated by a micro irrigation or drip system? | N/A | 0 | 0 | | |
| 2.08.02g | Is overhead irrigation used to irrigate the crop or as part of a frost or freeze prevention program? NOTE: "Irrigating the crop" refers to irrigation during the mature growing cycle. This does not include pre-planting or just after planting to create a stand. | N/A | 0 | 0 | | |
| 2.08.02h | Are the crops irrigated by flood irrigation or a furrow system? | N/A | 0 | 0 | | |
| 2.08.02i | Are the crops sub irrigated (also known as seepage irrigation)? | N/A | 0 | 0 | | |
| 2.08.03 | Is the water used in the growing operation sourced from wells? If No, go to 2.08.04 | Yes | 0 | 0 | Yes. The growing area is supplied by a large 12" electric well located at teh Clifton Field. This is a overhead pivot style irrigation system. | |
| 2.08.03a | Are all well heads at adequate distance from untreated manure? | N/A | 0 | 0 | No untreated manure used by farm or was present on adjacent land. | |
| 2.08.03b | Is the well designed to prevent contamination? | No | 0 | 10 | The well is not protected from tank/spray application fill up area 50 ft from the well head. | |
| 2.08.03c | Is it evident that the well(s) is free from contamination issues and are measures taken to minimize contamination of wells? | Yes | 10 | 10 | Yes. No contamination of the well observed. | |
| 2.08.03d | Are records kept for periodic inspections and treatment of wells (if performed) available for review? | Yes | 7 | 7 | Yes, the food safety manual had a monthly water source inspection log. This document details the periodic inspections dated for 2015. | |
| 2.08.03e | Are microbiological tests, including generic E.coli conducted on the water? If No, go to 2.08.03g | Yes | 20 | 20 | Yes, the water sample was labeled for Clifton Field well. Waters Lab completed the test for E. Coli. The results were < 1.0 on 10-7-15 and < 1.0 for 10-28-15 | |
| 2.08.03f | Are the microbiological tests current and conducted at the required and/or expected frequencies? | Yes | 15 | 15 | Yes, the water test is current and is monthly during the growing season. | |
| 2.08.03g | Do written procedures (SOPs) exist covering proper sampling protocols which include where samples should be taken and how samples should be identified? | Yes | 10 | 10 | Yes, Microbiological Testing P.34 dated 2-9-15 for sampling and ID. This SOP describes proper protocol for the sampling of the irrigation well. | |
| 2.08.03h | Do written procedures (SOPs) exist covering corrective measures for unsuitable or abnormal water testing results? | Yes | 10 | 10 | Yes, Microbiological Testing P.34 dated 2-9-15 details the corrective measure of unsuitable water sample results. The SOP describes wells to be chlorinated with unsuitable water results. | |
| 2.08.03i | If unsuitable or abnormal results have been detected, have documented corrective measures been performed? | N/A | 0 | 0 | No unsuitable samples on file | |
| 2.08.03j | Are the crops irrigated by a micro irrigation or drip system? | No | 0 | 0 | No. | |
| 2.08.03k | Is overhead irrigation used to irrigate the crop or as part of a frost or freeze prevention program? NOTE: "Irrigating the crop" refers to irrigation during the mature growing cycle. This does not include pre-planting or just after planting to create a stand. | Yes | 0 | 0 | Over head irrigation is used: "pivot system" | |
| 2.08.03l | Are the crops irrigated by flood irrigation or a furrow system? | No | 0 | 0 | No. | |
| 2.08.03m | Are the crops sub irrigated (also known as seepage irrigation)? | No | 0 | 0 | No. | |
| 2.08.04 | Is the water used in the growing operation sourced from ponds, reservoirs, watersheds or other surface water source? If No, go to 2.08.05 | No | 0 | 0 | No. | |
| 2.08.04a | Is surface water in adequate distance from untreated manure? | N/A | 0 | 0 | | |
| 2.08.04b | Do animals (domestic, livestock, or wild) have access to the water | N/A | 0 | 0 | | |

| # | Question | | | | |
|---|---|---|---|---|---|
| | source? | | | | |
| 2.08.04c | Is it evident that the water source is free of contamination issues and are measures taken to minimize contamination of the water source? | N/A | 0 | 0 | |
| 2.08.04d | Are records kept for the periodic visual inspections and disinfection treatments (if used) available for review? | N/A | 0 | 0 | |
| 2.08.04e | Are microbiological tests, including generic E.coli conducted on the water? If No, go to 2.08.04g | N/A | 0 | 0 | |
| 2.08.04f | Are the microbiological tests current and conducted at the required and/or expected frequencies? | N/A | 0 | 0 | |
| 2.08.04g | Do written procedures (SOPs) exist covering proper sampling protocols which include where samples should be taken and how samples should be identified? | N/A | 0 | 0 | |
| 2.08.04h | Do written procedures (SOPs) exist covering corrective measures for unsuitable or abnormal water testing results? | N/A | 0 | 0 | |
| 2.08.04i | If unsuitable or abnormal results have been detected, have documented corrective measures been performed? | N/A | 0 | 0 | |
| 2.08.04j | Are the crops irrigated by a micro irrigation or drip system? | N/A | 0 | 0 | |
| 2.08.04k | Is overhead irrigation used to irrigate the crop or as part of a frost or freeze prevention program? NOTE: "Irrigating the crop" refers to irrigation during the mature growing cycle. This does not include pre-planting or just after planting to create a stand. | N/A | 0 | 0 | |
| 2.08.04l | Are the crops irrigated by flood irrigation or a furrow system? | N/A | 0 | 0 | |
| 2.08.04m | Are the crops sub irrigated (also known as seepage irrigation)? | N/A | 0 | 0 | |
| 2.08.05 | Is the water used in the growing operation sourced from canals, rivers, ditches, or other open flowing water systems? If No, go to 2.08.06 | No | 0 | 0 | None of the above is used for irrigation. |
| 2.08.05a | Is surface water in adequate distance from untreated manure? | N/A | 0 | 0 | |
| 2.08.05b | Is the water source under the direction of a water authority or district? | N/A | 0 | 0 | |
| 2.08.05c | Do animals (domestic, livestock, or wild) have access to the water source? | N/A | 0 | 0 | |
| 2.08.05d | Is it evident that the water source is free of contamination issues and are measures taken to minimize contamination of the water source? | N/A | 0 | 0 | |
| 2.08.05e | Are records kept for periodic visual inspection and disinfection (if occurring) of the water source and available for review? | N/A | 0 | 0 | |
| 2.08.05f | Are microbiological tests, including generic E.coli conducted on the water? If No, go to 2.08.05h | N/A | 0 | 0 | |
| 2.08.05g | Are the microbiological tests current and conducted at the required and/or expected frequencies? | N/A | 0 | 0 | |
| 2.08.05h | Do written procedures (SOPs) exist covering proper sampling protocols which include where samples should be taken and how samples should be identified? | N/A | 0 | 0 | |
| 2.08.05i | Do written procedures (SOPs) exist covering corrective measures for unsuitable or abnormal water testing results? | N/A | 0 | 0 | |
| 2.08.05j | If unsuitable or abnormal results have been detected, have documented corrective measures been performed? | N/A | 0 | 0 | |
| 2.08.05k | Are the crops irrigated by a micro irrigation or drip system? | N/A | 0 | 0 | |
| 2.08.05l | Is overhead irrigation used to irrigate the crop or as part of a frost or freeze prevention program? NOTE: "Irrigating the crop" refers to irrigation during the mature growing cycle. This does not include pre-planting or just after planting to create a stand. | N/A | 0 | 0 | |
| 2.08.05m | Are the crops irrigated by flood irrigation or furrow system? | N/A | 0 | 0 | |
| 2.08.05n | Are the crops sub irrigated (also known as seepage irrigation)? | N/A | 0 | 0 | |
| 2.08.06 | Is reclaimed water used in the growing operation? NOTE: This refers to wastewater that has gone through a treatment process. If No, go to 2.08.07. | No | 0 | 0 | No reclaimed water used. |
| 2.08.06a | Is the reclamation process under the direction of a water reclamation management or authority? | N/A | 0 | 0 | |
| 2.08.06b | Are microbial control measures for reclaimed water utilized? | N/A | 0 | 0 | |
| 2.08.06c | Are microbiological tests, including generic E.coli conducted on the water? If No, go to 2.08.06e | N/A | 0 | 0 | |
| 2.08.06d | Are the microbiological tests current and conducted at the required and/or expected frequencies? | N/A | 0 | 0 | |
| 2.08.06e | Do written procedures (SOPs) exist covering proper sampling protocols which include where samples should be taken and how samples should be identified? | N/A | 0 | 0 | |
| 2.08.06f | Do written procedures (SOPs) exist covering corrective measures for unsuitable or abnormal water testing results? | N/A | 0 | 0 | |
| 2.08.06g | If unsuitable or abnormal results have been detected, have documented corrective measures been performed? | N/A | 0 | 0 | |
| 2.08.06h | Are the crops irrigated by a micro irrigation or drip system? | N/A | 0 | 0 | |
| 2.08.06i | Is overhead irrigation used to irrigate the crop or as part of a frost or freeze prevention program? NOTE: "Irrigating the crop" refers to irrigation during the mature growing cycle. This does not include pre-planting or just after planting to create a stand. | N/A | 0 | 0 | |
| 2.08.06j | Are the crops irrigated by flood irrigation or a furrow system? | N/A | 0 | 0 | |
| 2.08.06k | Are the crops sub irrigated (also known as seepage irrigation)? | N/A | 0 | 0 | |
| 2.08.07 | Are tail water (run off water) systems used in the growing operation? If No, go to 2.08.08. | No | 0 | 0 | No |
| 2.08.07a | Is surface water in adequate distance from untreated manure? | N/A | 0 | 0 | |

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments |
|---|---|---|---|---|---|
| 2.08.07b | Do animals (domestic, livestock, or wild) have access to the tail water systems? | N/A | 0 | 0 | |
| 2.08.07c | Is it evident that the water source is free of contamination issues and are measures taken to minimize contamination of the tail water system? | N/A | 0 | 0 | |
| 2.08.07d | Are records kept for periodic visual inspection and disinfection (if occurring) of the water source and available for review? | N/A | 0 | 0 | |
| 2.08.07e | Are microbiological tests, including generic E.coli conducted on the water? If No, go to 2.08.07g | N/A | 0 | 0 | |
| 2.08.07f | Are the microbiological tests current and conducted at the required and/or expected frequencies? | N/A | 0 | 0 | |
| 2.08.07g | Do written procedures (SOPs) exist covering proper sampling protocols which include where samples should be taken and how samples should be identified? | N/A | 0 | 0 | |
| 2.08.07h | Do written procedures (SOPs) exist covering corrective measures for unsuitable or abnormal water testing results? | N/A | 0 | 0 | |
| 2.08.07i | If unsuitable or abnormal results have been detected, have documented corrective measures been performed? | N/A | 0 | 0 | |
| 2.08.07j | Are the crops irrigated by a micro irrigation or drip system? | N/A | 0 | 0 | |
| 2.08.07k | Is overhead irrigation used to irrigate the crop or as part of a frost or freeze prevention program? NOTE: "Irrigating the crop" refers to irrigation during the mature growing cycle. This does not include pre-planting or just after planting to create a stand. | N/A | 0 | 0 | |
| 2.08.07l | Are the crops irrigated by flood irrigation or furrow system? | N/A | 0 | 0 | |
| 2.08.07m | Are the crops sub irrigated (also known as seepage irrigation)? | N/A | 0 | 0 | |
| 2.08.08 | Are check valves, anti-siphon devices, or other back flow prevention systems in use when and where necessary? | No | 0 | 10 | No. Check valve needed between tank/spray application hose and well. |
| 2.08.09 | Is irrigation equipment not in use free from pest contamination and stored clean, off the ground? | N/A | 0 | 0 | NA. No "not in use" irrigation equipment stored on farm |

## GAP – Crop Protection

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 2.09.01 | Is there a documented procedure for the mixing/loading of crop protection materials? | Yes | 5 | 5 | Yes, Chemical mixing SOP dated 6-9-14: Chemical Handling has procedures for mixing crop protection materials. | |
| 2.09.01a | If observed, is the mixing/loading of crop protection materials performed according to the procedure and label instructions? | N/A | 0 | 0 | not observed on audit day. | |
| 2.09.02 | Is there a documented procedure for the application of crop protection materials? | Yes | 5 | 5 | Yes, SOP Spraying dated 6-9-14: Crop Protection has application procedures in place. | |
| 2.09.02a | If observed, is the application of crop protection materials performed according to the procedure and label instructions? | N/A | 0 | 0 | N/A not observed on audit day. | |
| 2.09.03 | Is there a documented procedure for the rinsing and cleaning of crop protection equipment? | Yes | 5 | 5 | Yes, SOP Spraying dated 6-9-14 has procedure for cleaning crop protection equipment. | |
| 2.09.03a | If observed, is the rinsing and cleaning of crop protection equipment performed according to the procedure and label instructions? | N/A | 0 | 0 | N/a not observed on audit day | |
| 2.09.04 | Is there documentation that shows the individual(s) making decisions for crop protection applications are competent? | Yes | 10 | 10 | Yes, the company has a licensed crop protection individual on staff: The was a license number and expiration date on file. Jason Herndon Lic#40695, Exp. 2-17-19 | |
| 2.09.05 | Is there documentation that shows employees who handle crop protection materials are trained or are under the supervision of a trained individual? | Yes | 15 | 15 | Yes, the company has a licensed crop protection individual on staff: The was a license number and expiration date on file. Anyone spraying only does so under the direct supervision of the licensed spray applicator. Also, there is a GAP Employee Training Session dated 9-1-15 | |
| 2.09.06 | Are there up to date records of all crop protection products applied during the growing cycle? A 'NO' TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | Yes | 20 | 20 | Yes. The pesticides that are applied all records on the Pesticide/Application log. The application records are current. The log is very detailed for application rates and procedures. | |
| 2.09.07 | Are there plant protection products registered and/or authorized by a government agency for use in the target crops in the country of production? If No, go to 2.09.08 | Yes | 0 | 0 | Yes. The plant protection products that are applied to the crop are properly registered (EPA) and labeled for the crop they are applied to. | |
| 2.09.07a | Does the growing operation have the information available for the plant protection products registered and/or authorized for use for the target crops in the country of production? A 'NO' ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | Yes | 20 | 20 | Yes. The growing operation has EPA registration numbers listed for the chemicals applied to the crop. Additionally, all chemical labels are kept of file for review as needed by the farm. | |
| 2.09.07b | Are crop protection applications restricted by the guidelines established by the product label, manufacturer recommendation, or by prevailing national/ local standards and guidelines? A 'NO' ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | Yes | 20 | 20 | Yes. | |
| 2.09.07c | Where harvesting is restricted by pre-harvest intervals (as required on the crop protection chemical product labels, manufacturer recommendations and/or by prevailing national/ local standards) is | Yes | 20 | 20 | Yes, the growing operation is adhering to the pre-harvest internals for all chemicals used in this operation. | |

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments |
|---|---|---|---|---|---|
| | the grower adhering to these pre-harvest interval time periods? A 'NO' ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | | | | |
| 2.09.08 | If applicable, for those plant protection products that are not registered for use on target crops in the country of production, if the country has no or a partial legislative framework to cover plant protection products, can the grower show that they have registration information, label information, MRL tolerances, etc. for the country of destination? A 'NO' ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | N/A | 0 | 0 | The farming operation only uses chemicals labeled for the target commodity and is registered with an EPA number. |
| 2.09.09 | Is there evidence available that the grower is taking all the necessary measures to comply with the country(ies) of destination expectations regarding crop protection products used (e.g. registration information, label information, MRL tolerances or any other guidelines applicable)? A 'NO' ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | Yes | 10 | 10 | Yes. The company is adhering to the crop protection label. The application records support that the company has not exceeded the published rates and is within the tolerance for the countries of intended sale. |
| 2.09.10 | If crop protection containers are stored on the property (even temporarily), are they stored in a manner to prevent contamination and disposed of responsibly? | Yes | 10 | 10 | Yes. The crop protection containers are stored at the shop away from all growing areas. The storage room is locked and empty containers are disposed of properly. |
| 2.09.11 | Have documented policies and/or procedures been developed for the monitoring of crop protection application equipment (e.g. calibration procedures, inspections, replacement)? | Yes | 10 | 10 | Yes. Calibrating Sprayer SOP. The calibration shows gallons/acre for the sprayer being used. |
| 2.09.11a | Is it evident that the equipment used for crop protection applications is in good working order? | Yes | 10 | 10 | Yes. The farm has large sprayers that are in excellent working order. |

**GAP – Field Employee Hygiene (Applies to on-the-farm or greenhouse workers not the harvesting workers)**

| Question No. | Question Name | Given Answer | Given Score | Possible Score | Auditor Comments | Files |
|---|---|---|---|---|---|---|
| 2.10.01 | Does the growing operation have a documented and implemented policy for dealing with employees who appear to be physically ill, or become ill while working? | Yes | 10 | 10 | Yes. Field Employee Hygiene dated 9-1-15 described in the food safety manual oversees employees who appear ill, or who become ill while working in the growing areas. | |
| 2.10.02 | Does the growing operation have a documented and implemented policy regarding employees with open sores and wounds? | Yes | 10 | 10 | Yes, Field Employee Hygiene dated 9-1-15 encompasses employees with open sores and wounds. | |
| 2.10.03 | Does the growing operation have documented and implemented procedures describing the disposition of product that has come into contact with blood or other bodily fluids? A 'NO' ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | Yes | 20 | 20 | Yes. Field Employee Hygiene dated 9-1-15 encompasses the disposition of product that has come into contact with body fluid or blood. THE PRODUCT MUST BE DISPOSED OF | |
| 2.10.04 | Does the growing operation have documented and implemented policies prohibiting eating, drinking (including gum chewing) using tobacco in the growing area? | Yes | 10 | 10 | Yes, Field Employee Hygiene dated 9-1-15 encompasses the policies for eating, drinking, or using chewing tobacco in the growing area. | |
| 2.10.05 | Is there a food safety hygiene training program covering new and existing employees and are there records of these training events? | Yes | 15 | 15 | Yes, a SOP: Training Program dated 2-12-14, is the training program used by the farm. Records of trainings are also kept on file. | |
| 2.10.06 | Are there operational toilet facilities provided? If NO, go to 2.10.07. A 'NO' ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | Yes | 20 | 20 | Yes, there are operational toilet facilities located in the field and on site at the office. Wayne Septic out of Jesup, GA provides sanitation of the portable toilets. (name of portable toilet company was given by the farmer, documentation on file) | |
| 2.10.06a | Are toilet facilities placed within ¼ mile or 5 minutes walking distance of all employees? | Yes | 10 | 10 | Yes. | |
| 2.10.06b | Are toilet facilities in a suitable location to prevent contamination to product, packaging, equipment and growing areas? | Yes | 15 | 15 | Yes, no issues observed with the in use toilets. | |
| 2.10.06c | Is a minimum of one toilet facility provided for each group of 20 employees? | Yes | 5 | 5 | Yes. | |
| 2.10.06d | Do toilet facilities have visuals or signs, written in the appropriate languages, reminding employees to wash their hands before returning to work? | Yes | 20 | 20 | Yes. Hand washing signage in the appropriate language was noted in the toilet area. | |
| 2.10.06e | Are the toilets maintained in a clean and sanitary condition and are there records showing toilet cleaning, servicing and stocking is occurring regularly? | Yes | 10 | 10 | Yes. The toilet were observed to be clean. Servicing/stocking records were available for review. | |
| 2.10.06f | Are the catch basins of the toilets designed and maintained to prevent contamination (e.g. free from leaks and cracks)? | Yes | 5 | 5 | Yes. There were no leaks observed from the portable toilets at the growing area. | |
| 2.10.06g | Is there a documented and implemented procedure for emptying the catch basin in a hygienic manner and also in a way that prevents product, packaging, equipment, water systems and growing area contamination? | Yes | 5 | 5 | Wayne Septic has cleaning procedures on file. Septic effluent disposed of as required by local/state authorities. | |
| 2.10.07 | Is there evidence of human fecal contamination in the growing area(s)? A 'YES' ANSWER TO THIS QUESTION RESULTS IN AUTOMATIC FAILURE OF THE AUDIT. | No | 20 | 20 | No. There was no evidence of human fecal contamination in the growing area. | |
| 2.10.08 | Are there operational hand washing facilities provided? If No, go to 2.10.09 | Yes | 15 | 15 | Yes. These handwashing facilities are portable. | |
| 2.10.08a | Are the hand washing facilities placed within ¼ mile or 5 minutes walking distance of all employees? | Yes | 10 | 10 | Yes. | |
| 2.10.08b | | Yes | 5 | 5 | | |

| | | | | | |
|---|---|---|---|---|---|
| | Are hand wash stations clearly visible (e.g. situated outside the toilet facility) and easily accessible to workers? | | | | Yes. The handwashing stations are on the sanitary wagon just beside the portable toilets. |
| 2.10.08c | Are hand wash stations properly stocked with soap, paper towels and trash can? | Yes | 5 | 5 | Yes. All needed supplies were available. |
| 2.10.08d | Are the hand wash stations designed and being maintained to prevent contamination onto the growing area(s) (i.e. spent water does not go straight to the ground)? | Yes | 5 | 5 | Yes. There is a catch basin for the handwashing water. |
| 2.10.08e | Does the growing operation have a documented and implemented policy and procedure in place requiring employees to wash their hands (e.g. prior to beginning work, after breaks, after toilet use)? | Yes | 10 | 10 | Yes. The employee handwashing policy is documented in the food safety manual. |
| 2.10.09 | Is fresh potable drinking water provided for workers? If No, go to 2.10.10 | Yes | 10 | 10 | Yes. The drinking water is supplied in a water cooler. |
| 2.10.09a | If used, are water containers maintained in a clean condition? | Yes | 5 | 5 | Yes, the water containers were observed to be clean. |
| 2.10.10 | Are first-aid kits available and is the inventory maintained properly? | Yes | 5 | 5 | Yes, the farm had a supplied first aid kit with proper inventory inside the kit. There was a kit in the truck and at the office. |
| 2.10.11 | Are there trash cans available on the field placed in suitable locations? | Yes | 5 | 5 | Yes. The trash cans are on the sanitary wagon, which can be moved, or workers have access to the trash can after each working round of the field. |
| 2.10.12 | Are there any foreign material issues observed that are or could be potential risks to the product in the growing area(s)? | No | 5 | 5 | No potential risks were observed on audit day. |
| 2.10.13 | Is there a documented and implemented policy that infant or toddler aged children are not allowed in the growing area? NOTE: This includes any packaging or equipment storage areas. | Yes | 10 | 10 | Yes. Field Employee Hygiene Log dated 9-1-15 states the infant toddler policy. |