IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SAN MIGUEL PRODUCE, INC., | |
| Plaintiff, | CIVIL ACTION NO.: 6:16-cv-35 |
| v. | |
| L.G. HERNDON JR. FARMS, INC., | |
| Defendant.[1] | |

**O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiffs and counsel for all Defendants on January 19, 2021, wherein the parties indicate that they have entered into a settlement agreement and that they therefore stipulate to the dismissal of all claims in this consolidated case with prejudice, with each party to bear its own attorney's fees and costs associated with the action.  (Doc. 106.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action, including all claims and counterclaims, **WITH PREJUDICE**.  The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 27th day of January, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Roy L. Nishimori and Janis Berk, officers of San Miguel Produce, Inc., who were parties to this action pursuant to Defendant L.G. Herndon Jr. Farms, Inc.'s counterclaims against Plaintiff San Miguel Produce, Inc., were dismissed from the action in the Court's recent summary judgment Order.  They have, however, expressly joined in the Stipulation of Dismissal with Prejudice By All Parties.